Kristina N. Holmstrom
Nevada Bar No. 010086
Ann-Martha Andrews
Nevada Bar No. 007585
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone:  602.778.3700
Fax:  602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Metropolitan Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KIRK BROOKS,<br><br>            Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Defendants. | Case No.:  2:20-cv-02173-KJD-BNW<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

Defendant Metropolitan Life Insurance Company and plaintiff Kirk Brooks, through counsel, hereby stipulate that the defendant may have through and including February 23, 2021 to answer the plaintiff's Complaint.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

DATED this 8th day of February 2021.

| | |
|---|---|
| CLIFF W. MARCEK, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Cliff W. Marcek<br>  Cliff W. Marsek<br>  Nevada Bar No. 5061<br>  411 E. Bonneville, Ste. 390<br>  Las Vegas, NV 89101<br>  Telephone: (702) 366-7076<br>  Facsimile: (702) 366-7078<br>  cwmarcek@marceklaw.com<br><br>*Attorney for Plaintiff Kirk Brooks* | By: /s/ Kristina N. Holmstrom<br>  Kristina N. Holmstrom<br>  Nevada Bar No. 010086<br>  Ann-Martha Andrews<br>  Nevada Bar No. 007585<br>  3800 Howard Hughes Parkway<br>  Suite 1500<br>  Las Vegas, NV 89169<br>  Telephone:  602.778.3700<br>  Fax:  602.778.3750<br>  kristina.holmstrom@ogletree.com<br><br>*Attorneys for Defendant<br>Metropolitan Insurance Company* |

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: 2/16/2021