# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| KIRK BROOKS | § § § | |
| Plaintiff, | § § § § | |
| | § | CIVIL ACTION NO. 2:20-CV-02173 |
| METROPOLITAN LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

The Parties have advised the Court that they have settled their differences. Accordingly, the Court hereby dismisses the causes of action, with prejudice. All costs of court are taxed against the party incurring said costs. All further relief is denied.

SIGNED this 12th day of March, 2021.

_____
United States District Judge